UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMY ARMOGIDA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cv-01986-JPH-DLP |
| CENTRAL INDIANA JOBS WITH JUSTICE, INC., JOBS WITH JUSTICE, INC., | ) |
| Defendants. | ) |

**ORDER DENYING MOTION TO DISMISS AS MOOT**

Defendants removed this case to federal court. Dkt. 1. Defendant Jobs with Justice, Inc., filed a motion to dismiss, alleging that Plaintiff did not plead facts sufficient to show that Jobs with Justice, Inc. was her employer. Dkt. [12]. On October 27, 2020, the Court granted Plaintiff's motion for leave "to add additional facts and details to support her claims against Defendants." Dkt. 30. Neither Defendant objected to Plaintiff's motion. *Id.*

Plaintiff has now filed an amended complaint. Dkt. 22. Defendant Jobs with Justice's motion to dismiss, dkt. [12], is therefore **DENIED without prejudice as moot**.

**SO ORDERED.**

Date: 10/30/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Christopher Lawrence Cassidy
CLEVELAND LEHNER CASSIDY
chris@clcattorneys.com

Eric J. Hartz
CLEVELAND LEHNER CASSIDY
eric@clcattorneys.com

Robert Adam Hicks
MACEY SWANSON LLP
rhicks@maceylaw.com

Meghan Uzzi Lehner
CLEVELAND LEHNER CASSIDY
meghan@clcattorneys.com